# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stoll, Kara F. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Chambers of the Honorable Kara Farnandez Stoll
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (1/1/2015 - 7/16/2015) | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Finnegan - Partnership distribution | $425,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed attorney |
| 2. 2015 | The Boeing Company - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank - Accounts | A | Interest | M | T | | | | | |
| 2. Wells Fargo - Accounts | | None | J | T | | | | | |
| 3. Finnegan Capital Accounts | G | Distribution | L | U | | | | | |
| 4. Finnegan "LEO" Retirement Plan | A | Int./Div. | | | Closed | 12/31/15 | M | | |
| 5. American Funds College 2027 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 6. American Funds College 2024 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 7. American Funds College 2021 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 8. College Counts Age-Based Moderate 9-12 Years C | A | Int./Div. | J | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. -Vanguard 500 Index Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 11. 401(k) Account #1 | | | | | | | | | |
| 12. -Vanguard Retirement Savings Trust | A | Dividend | | | Closed | 12/23/15 | K | A | |
| 13. -T Rowe Price New Horizons Fund | C | Dividend | | | Closed | 12/23/15 | K | A | |
| 14. -Vanguard Windsor II Admiral Fund | D | Dividend | | | Closed | 12/23/15 | M | A | |
| 15. -Metropolitan West Total Return Bond Fund Class | E | Dividend | | | Closed | 12/23/15 | K | A | |
| 16. -Vanguard Institutional Index Fund | B | Dividend | | | Closed | 12/23/15 | M | A | |
| 17. -American Beacon Small Cap Value Institutional Fund | C | Dividend | | | Closed | 12/23/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -MainStay Large Cap Growth Fund | E | Dividend | | | Closed | 12/23/15 | N | A | |
| 19.   -Vanguard Target Retirement 2035 | A | Dividend | P1 | T | Buy | 12/24/15 | P1 | | |
| 20.   iShares Russell 2000 Growth ETF | A | Dividend | J | T | | | | | |
| 21.   PowerShares FTSE RAFI US 1000 Portfolio Fund | A | Dividend | K | T | | | | | |
| 22.   SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | | | | | |
| 23.   Vanguard Mid-Cap Value Index Fund | A | Dividend | J | T | | | | | |
| 24.   Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 25.   Franklin Small Cap Value Fund | | None | | | Closed | 03/09/15 | J | A | |
| 26.   American Century Small Cap Value Inv | | None | J | T | Buy | 03/10/15 | J | | |
| 27.   Mainstay Epoch Global Equity Yield Fund | A | Dividend | J | T | | | | | |
| 28.   Oppenheimer Developing Markets Fund | A | Int./Div. | J | T | | | | | |
| 29.   Oppenheimer International Growth Fund | A | Dividend | J | T | | | | | |
| 30.   T Rowe Price Mid-Cap Growth Fund | | None | J | T | | | | | |
| 31.   Fidelity Advisor Floating Rate High Income Fund | A | Dividend | J | T | | | | | |
| 32.   PIMCO Unconstrained Bond Fund Instl | A | Dividend | | | Closed | 10/13/15 | J | A | |
| 33.   Western Asset Total Return Unconstrained A | | None | J | T | Buy | 10/14/15 | J | | |
| 34.   T Rowe Price VA - Tax Free Bond | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 36. 401(k) Account #2 | | | | | | | | | |
| 37. - Boeing Lifecycle 2030 Fund | A | Dividend | J | T | | | | | |
| 38. - SSgA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 39. - PIMCO Global Bond Fund | A | Dividend | J | T | | | | | |
| 40. - Boeing VIP Stable Value Fund | A | Dividend | J | T | | | | | |
| 41. - Boeing International Companies Fund | A | Dividend | J | T | | | | | |
| 42. - Boeing US Small/Mid Companies Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Finnegan Capital Accounts, listed in line 3, have been paid out as income on a monthly basis over a year starting August 2015, with the last payment scheduled for July 2016.

The Finnegan "LEO" Retirement Plan, listed on line 4, rolled over into 401(k) Account #1 listed in line 11.

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kara F. Stoll**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544